IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,                                                        4:20-CR-3080

vs.

DONALD GREUTER,                                              ORDER

Defendant.

IT IS ORDERED:

1.    The government's unopposed motion to extend (filing 127) is
      granted.

2.    The government may respond to the defendant's objection
      (filing 125) on or before October 14, 2022.

3.    Trial in this matter is continued to November 14, 2022, in
      Courtroom 1, Robert V. Denney Federal Building, 100
      Centennial Mall North, Lincoln, Nebraska, before Judge
      John M. Gerrard, for a duration of 5 trial days.

4.    The ends of justice served by continuing the trial outweigh
      the interests of the public and the defendant in a speedy
      trial, and the time between today's date and November 14,
      2022 shall be deemed excludable time in any computation of
      time under the requirements of the Speedy Trial Act,
      because although counsel have been duly diligent, additional

time is needed to adequately consider the defendant's motion to suppress and prepare this case for trial, and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7)v. Failing to timely object to this order will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 28th day of September, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge