IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:20-CR-3080 |
| vs. | ORDER |
| DONALD GREUTER, | |
| Defendant. | |

This matter is before the Court on the defendant's objection (filing 125) to the Magistrate Judge's Findings and Recommendation (filing 123) recommending that the defendant's motion to suppress (filing 93) be denied. The Court has conducted a de novo review of the record pursuant to 28 U.S.C. § 636(b)(1). On its de novo review, the Court agrees with the Magistrate Judge's findings and recommendation, and will adopt them. Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (filing 123) are adopted.

2. The defendant's objection (filing 125) is overruled.

3. The defendant's motion to suppress (filing 93) is denied.

Dated this 20th day of October, 2022.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
United States District Judge